```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :    INFORMATION
                                   :
         - v. -                    :    23 Cr.
                                   :
FRANKLIN ROSARIO,                  :
     a/k/a "Pat,"                  :    23 CRIM 102
                    Defendant.     :
                                   :
- - - - - - - - - - - - - - - - - X
```

## COUNT ONE
### (Narcotics Conspiracy)

The United States Attorney charges:

1. From in or about January 2019 up to and including in or about April 2021, in the Southern District of New York and elsewhere, FRANKLIN ROSARIO, a/k/a "Pat," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FRANKLIN ROSARIO, a/k/a "Pat," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that FRANKLIN ROSARIO, a/k/a "Pat," the defendant, conspired to distribute and possess with intent to distribute was mixtures and substances containing a

detectable amount of cocaine base, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

4. As a result of committing the offenses alleged in Count One of this Information, FRANKLIN ROSARIO, a/k/a "Pat," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Asset Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

*Damian Williams*

DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**FRANKLIN ROSARIO,**
**a/k/a "Pat,"**

**Defendant.**

**INFORMATION**

23 Cr.

(21 U.S.C. § 846.)

DAMIAN WILLIAMS
United States Attorney