**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

December 11, 2023

12/12/2023

*[Handwritten annotation: Permission to travel [✓] is granted. The requests are otherwise denied as premature. So ordered. Paul Crotty]*

Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Franklin Rosario*, 23 Cr. 102 (PAC)

Dear Judge Crotty:

    I represent Mr. Rosario in the above-captioned matter. On September 12, 2023, he was sentenced to three years' supervised release including 6 months' home incarceration for narcotics conspiracy. His condition of home incarceration will end in March 2024. He is currently being supervised by Probation Services in the District of Rhode Island.

    First, I write to respectfully request that Mr. Rosario be permitted to travel from 4PM to 10PM on Wednesday, December 13th to attend his son's school recital and dinner with his family at a restaurant afterwards. He will provide all relevant address information to Probation.

    Second, I write to respectfully request that Mr. Rosario's condition of home incarceration be converted to home detention. On home detention, he would have the ability to seek permission to travel directly from his probation officer, who will determine the appropriateness and supervise accordingly. This would be very helpful in the event that he needs to travel for employment, medical appointments, or any other important activities.

    Probation Services in the District of Rhode Island takes no position on this request but advises that Mr. Rosario has been fully compliant thus far. AUSA Kedar Bhatia terminated his appearance in this case, and I unfortunately have not been able to get in contact with anyone in his place.

    I appreciate the Court's consideration.

Respectfully submitted,

/s/

Deborah Colson
(212) 257-6455

cc: USPO Daniel Picozzi